■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES L. MOLYNEAUX, Appellant. (Appeal No. 2.) [852 NYS2d

903]—

Same memorandum as in *People v Molyneaux* (49 AD3d 1220 [2008]). Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.